

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00023-CR

Murjan Issack **ABDI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8191B
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Court-appointed appellate attorney Patrick Ballantyne's motion to withdraw is GRANTED.

SIGNED February 6, 2019.

_____
Patricia O. Alvarez, Justice